IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH HOWARD,                )
    Plaintiffs,             )
                            )
    v.                      ) Civil Action No. 07-819
                            )
HEARTLAND EMPLOYMENT           )
SERVICES, LLC, MANOR           )
CARE, INC. AND/OR HEALTH       )
CARE RETIREMENT CORPORA-       )
TION OF AMERICA, d/b/a         )
HCR MANOR CARE,                )
    Defendant.              )

## ORDER

AND NOW this 24 day of August, 2007, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc:  all parties of record